**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

FRENCH'S MARINE SERIVCE, LLC ET AL.                    CIVIL ACTION
                                                        NO. 08-3226

VERSUS

AVIVA AMERICA, INC.                                     SECTION M

**ORDER**

Before the Court is Defendant's Motion to Dismiss, or Alternatively to Transfer, or in the Third Alternative to Stay.  The motion is opposed by Plaintiff, and came for hearing on August 20, 2008.  After consideration of the motion, the opposition, and the applicable law, the Court denies the motion as Moot.

On July 31, 2008, the Hon. Sam A. Lindsay, U.S. District Judge for the Northern District of Texas, Dallas Division, ruled that the Texas Court did not have personal jurisdiction over the Plaintiff, and accordingly dismissed Defendant's Texas litigation without prejudice.     As there is currently no duplicative litigation,  Defendant's Motion is **DENIED.**

New Orleans, Louisiana, this 20th day of August, 2008.

*[signature]*

Peter Beer
United States District Judge